1    **J. GILL LAW GROUP, P.C.**
     Jasmin K. Gill (State Bar No. 315090)
2    515 South Flower Street, Suite 1800
     Los Angeles, California 90071
3    Telephone: (310) 728-2137
     E-mail: *jasmin@jkgilllaw.com*
4
     Attorneys for Defendant BLBT
5    ENTERPRISES, LLC,

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   JAMES RUTHERFORD, an              CASE NO. 5:20-cv-01747-MCS-SHKx
     individual
12                                     **STIPULATION TO EXTEND TIME**
13         Plaintiff,                  **FOR DEFENDANT BLBT**
                                       **ENTERPRISES, LLC TO RESPOND**
14                                     **TO INITIAL COMPLAINT BY NOT**
                                       **MORE THAN 30 DAYS (L.R. 8-3)**
15   v.
16
     BLBT ENTERPRISES, LLC, a          Complaint Served:  September 17, 2020
17   California limited liability company;   Current Response Date: October 8, 2020
     and Does 1-10, inclusive          New Response Date: November 8, 2020
18
           Defendants.                 Trial Date: None Set
19                                     District Judge: Mark C. Scarsi
20                                     Magistrate Judge: Shashi H. Kewalramani

21

22

23

24

25

26

27

28

1

2

## STIPULATION AND REQUEST TO EXTEND TIME FOR DEFENDANT
## TO RESPOND TO INITIAL COMPLAINT

3    Plaintiff James Rutherford ("Plaintiff"), and Defendant BLBT Enterprises,

4  LLC ("Defendant") jointly stipulate to extend the time for Defendant to file a

5  Response to the initial complaint from October 8, 2020, to November 8, 2020.

6    IT IS SO STIPULATED.

7

8                                  Respectfully Submitted,

9

10  Dated:      October 7, 2020      J. GILL LAW GROUP, P.C.

11                                        /s/ Jasmin K. Gill

12                                   By: _____
                                         Jasmin K. Gill,
13                                       Attorneys for Defendant
14                                       BLBT Enterprises, LLC

15

16

17  Dated:      October 7, 2020      MANNING LAW, APC

18                                        /s/ Joseph R. Manning, Jr.

19                                   By: _____
                                         Joseph R. Manning, Jr.,
20                                       Attorneys for Plaintiff
21                                       James Rutherford

22

23

24

25

26

27

28

1

## **SIGNATURE ATTESTATION**

2

3

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

4

5

Dated:          October 7, 2020               J. GILL LAW GROUP, P.C.

6
                                                      */s/ Jasmin K. Gill*

7                                              By: _____

8                                                   Jasmin K. Gill
                                                    Attorneys for Defendant
9                                                   BLBT Enterprises, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:20-cv-01747-MCS-SHKx
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the following documents with the Clerk of Court for the United States District Court for the Central District CM/ECF system:

STIPULATION TO EXTEND TIME FOR DEFENDANT BLBT ENTERPRISES, LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3).

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on October 7, 2020 at Los Angeles, California.


Dated:        October 7, 2020                           J. GILL LAW GROUP, P.C.

                                                        */s/ Jasmin K. Gill*

                                              By: _____
                                                        Jasmin K. Gill
                                                        Attorneys for Defendant
                                                        BLBT Enterprises, LLC